United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUREENA GUGLANI,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al.,

Defendants.

Case No. 26-cv-07618-PCP

**ORDER DISMISSING CASE**

Re: Dkt. No. 5

Plaintiff's motion, Dkt. No. 5, is GRANTED. This case is dismissed as moot.

**IT IS SO ORDERED.**

Dated: November 9, 2026

P. Casey Pitts
United States District Judge